UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60588-CIV-COHN/SELTZER

JUDY COPELAND,

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF HOUSING AND URBAN
DEVELOPMENT,

    Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE CASES

THIS CAUSE is before the Court upon Plaintiff Judy Copeland's Motion to Consolidate Cases [DE 14].  The Court has considered the Motion and the record, and is otherwise fully advised in the premises.

In this Motion, Ms. Copeland requests that the Court consolidate her case with that of her roommate, Carl Shell, Case No. 08-60589-CIV-DIMITROULEAS, based on her contention that the two cases involve the same Defendant and the same issues.  Ms. Copeland's case and Mr. Shell's case do appear to bring similar claims against the United States Department of Housing and Urban Development.  However, the underlying Notices of Section 8 Voucher Termination that each Plaintiff takes issue with are based on evictions from different residences at different times.  In his Complaint, Mr. Shell attaches his Notice of Section 8 Voucher Termination, which indicates his benefits were terminated based an eviction from a home in Hollywood, FL because he refused to vacate the premises after his lease was terminated and committed other

lease violations.  In her Complaint, Ms. Copeland attaches her Notice of Section 8 Voucher Termination, which indicates that her benefits were terminated based on an eviction from a home in Miramar, FL because she failed to pay her portion of the rent. Although Ms. Copeland and Mr. Shell do bring similar claims against HUD, they are based on very different underlying facts, and so consolidation would be inappropriate.

For the foregoing reasons, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Consolidate Cases [DE 14] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 2nd day of July, 2008.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Judy Copeland, *pro se*